THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Brenda Pickern, | Case No.: 2:15-cv-00111-KJM-CMK |
|---|---|
| Plaintiff, | |
| v. | ORDER ALLOWING DEPOSITION OF PLAINTIFF AFTER DISCOVERY CUT-OFF DATE |
| Tesoro West Coast Company, LLC, et al., | |
| Defendants. | |

Upon consideration of the Joint Stipulation to Allow Deposition of Plaintiff After Discovery Cutoff Date submitted by plaintiff Brenda Pickern and defendants Tesoro West Coast Company, LLC and Tesoro Sierra Properties, LLC, and finding good cause appearing,

IT IS HEREBY ORDERED that the deposition of Plaintiff Brenda Pickern may occur by September 26, 2016 (but otherwise the discovery cutoff date in this matter shall remain August 26, 2016).

Dated: August 23, 2016

_____
UNITED STATES DISTRICT JUDGE